IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ANTHONY PAYTON | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:14cv216 |
| S.L. LACY, ET AL. | § | |

ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Anthony Payton, proceeding *pro se*, filed the above-styled civil rights action. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed for failing to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record in this matter. No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. An appropriate final judgment shall be entered.

**SIGNED** this the 3 day of **January, 2017.**

_____
Thad Heartfield
United States District Judge